SAMUEL STERN, Appellant, v. BALDASSARE PERITORE and Others, Defendants, and PYRAMID ASSOCIATES, INC., Respondent.— Order reversed upon the law and the facts, without costs, and motion granted to the extent of directing the purchaser,. Pyramid Associates, Inc., to deposit in court the sum of $500, to be applied in satisfaction of the deficiency judgment of $466.12, with interest; the balance, if any, to be paid to the chamberlain of the city of New York pursuant to law. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JOHN STOJOWSKI, Respondent, v. EMIL S. BRYKCZYNSKI, Appellant.— Interlocutory judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. In our opinion there should be a new trial, because the facts, as elicited by the testimony of plaintiff and the colloquy of court and counsel, did not clearly develop the exact obligations and duties of the parties, one to the other. Upon the facts as they are gleaned from this unsatisfactory record, a finding that the transaction between plaintiff and defendant, which in part involved the assumption by plaintiff of the obligation of Anthony Stojowski to appellant, was unconscionable, is against the weight of the evidence. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

LEON WAGNER, Appellant, v. JOSEPH AVOLA, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

FRANCES WEIN, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. The undisputed facts show that plaintiff's injuries were not caused by any act or omission of defendant, but by the act of the customers in the store, in crowding about the entrance; that the condition was one that could not reasonably have been apprehended; and that defendant is not liable therefor (*Woolworth & Co.* v. *Conboy*, 170 Fed. 934; *Lord* v. *Sherer Dry Goods Co.*, 205 Mass. 1; *Madden* v. *N. Y. Central & H. R. R. R. Co.*, 98 App. Div. 406.) Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

JOHN BURGESS, Respondent, v. THE R. M. HOLLINGSHEAD COMPANY, Appellant.— Application denied, with ten dollars costs.

CARL E. FREYBE, Appellant, v. WILLIAM A. BRADY, Respondent.— Application denied, with ten dollars costs.

GLOBE EXCHANGE BANK, Appellant, v. MANUFACTURERS TRUST COMPANY and PAUL BUSS, Defendants. SAMUEL BERGMANN, Respondent.— Application granted.

BEATRICE PERRIERA, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Application denied, with ten dollars costs.

IDA SILVER, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Application denied, with ten dollars costs.

SAMUEL C. SILVER, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Application denied, with ten dollars costs.